JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE SMITH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITIBANK, N.A.;<br>EQUIFAX, LLC; TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. 5:25-cv-1288-JGB-PD<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO ARBITRATE AND STAY ACTION AS TO CITIBANK, N.A.** |

# ORDER

The Court, having reviewed the Joint Motion and Stipulation to Arbitrate and Stay Action filed by defendant Citibank, N.A. ("Citibank") and plaintiff VALERIE SMITH ("Plaintiff") (together the "Parties") and finding good cause therefore,

**IT IS HEREBY ORDERED** as follows:

1. The Court **GRANTS** the Stipulation;

2. All claims by Plaintiff against Citibank only shall be submitted to arbitration before the American Arbitration Association pursuant to the terms of the arbitration agreement contained in the Card Agreement governing Plaintiff's Citibank credit card account, a copy of which is attached as Exhibit 1 to the Stipulation; and

3. The proceedings in this action against Citibank only shall be stayed pending completion of the arbitration.

Dated: August 5, 2025

Honorable Jesus G. Bernal
United States District Court